UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

    NICHELE RENEE TELL                      CASE NO. 20-31392-JDA
                                                     CHAPTER 13
                                                     HONORABLE JOEL D. APPLEBAUM

        DEBTOR.
_____/
LISA CLARKE (P69639)
Attorney for Debtor
24725 West Twelve Mile Road, Suite 110
Southfield, MI 48034
(248) 663-5149
---------------------------------
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 997-6481
(586) 726-1000
_____/

**PROOF OF SERVICE**

    CRAIG S. SCHOENHERR, SR., being duly sworn, says that on the <u>28</u>[th] day of <u>September</u>, 2020, a copy of the Objection of Ally Bank to Confirmation of Debtor's Chapter 13 Plan and this Proof of Service was served upon

| | |
|---|---|
| Carl L. Bekofske | Lisa Clarke |
| Trustee | Attorney at Law |
| 400 N. Saginaw St., Suite 331 | 24725 West Twelve Mile Road, Suite 110 |
| Flint, MI 48502 | Southfield, MI 48034 |

electronically pursuant to the court notice of service, and to those not electronically registered by placing documents in an envelope, correctly addressed and placing same in the United States Mail with postage prepaid.

        O'REILLY RANCILIO P.C.

        */s/ Craig S. Schoenherr, Sr.*
        _____
        CRAIG S. SCHOENHERR, SR. (P32245)
        Attorney for Creditor
        12900 Hall Road, Suite 350
        Sterling Heights, MI 48313-1151
        (586) 726-1000
        ecf@orlaw.com

DATED: September 28, 2020